## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 509 EAL 2017
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
WILFREDO RAMOS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2018, the Petition for Allowance of Appeal and Petitioner's "Motion for leave to File Reply Brief in Further Support of Petition for Allowance of Appeal" be **DENIED.**